NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INGENIADOR, LLC,**
*Plaintiff-Appellant,*

v.

**INTERWOVEN, INC., HEWLETT-PACKARD COMPANY, MICROSOFT CORPORATION, OBJECTIVE CORPORATION USA, INC., ORACLE CORPORATION, SAP AMERICA, INC., AND SPRINGCM, INC.,**
*Defendants,*

AND

**BRIDGELINE DIGITAL, INC.,**
*Defendant,*

AND

**ALFRESCO SOFTWARE, INC.,**
*Defendant,*

AND

**BLACKBOARD, INC.,**
*Defendant,*

AND

**EMC CORPORATION,**
*Defendant,*

INGENIADOR, LLC v. INTERWOVEN, INC.                    2

AND

## INFORMATICA CORPORATION,
*Defendant,*

AND

## COMPULINK MANAGEMENT CENTER, INC.,
*Defendant-Appellee,*

AND

## LEXMARK INTERNATIONAL, INC.,
*Defendant,*

AND

## NUXEO CORPORATION,
*Defendant,*

AND

## SDL TRIDION, INC.,
*Defendant.*

---

2012-1497, -1515

---

Appeals from the United States District Court for the District of Puerto Rico in case no. 11-CV-1840, Judge Gustavo A. Gelpi.

---

ON MOTION

---

## O R D E R

Compulink Management Center, Inc. ("Compulink") moves without opposition to substitute Theordore S. Maceiko as principal attorney. Compulink and Bridgeline Digital, Inc. ("Bridgeline") move without opposition for an extension of time, until November 9, 2012, to file their briefs. Ingeniador LLC moves unopposed to dismiss the appeal as to Bridgeline.

Because the court does not dismiss a portion of a pending appeal, the court will instead revise the official caption to indicate that Bridgeline is not an appellee.

Accordingly,

IT IS ORDERED THAT:

(1) Ingeniador's motion to dismiss is denied. The official caption is revised to indicate Bridgeline is not an appellee.

(2) Compulink's motion to substitute counsel is granted.

(3) Compulink's motion for an extension of time is granted.

(4) Bridgeline's motion for an extension of time is moot.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s25